THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff
MARSHALL LOSKOT, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>SAN BRUNO INN, a California Limited Liability Partnership; and CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED,<br><br>  Defendants.<br>_____ | **CASE NO. CV-10-1294-JSW**<br><br>**SECOND EX PARTE APPLICATION FOR ADDITIONAL TIME TO SERVE DEFENDANT CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED**<br><br><br><br>**Complaint filed: March 26, 2010** |

This action was filed on March 26, 2010. Pursuant to General Order 56 and Civil Local Rule 7-11, plaintiff was to have defendants served on or before May 25, 2010.

The defendants to this action are SAN BRUNO INN, a California Limited Liability Partnership; and CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED.

Defendant SAN BRUNO INN, a California Limited Liability Partnership has been served with the summons and complaint and filed its answer to plaintiff's complaint on June 14, 2010.

Prior to the filing of the complaint, defense counsel Marty Orlick corresponded with plaintiff MARSHALL LOSKOT on behalf of defendants in the above-referenced case.

1  On April 22, 2010, counsel for the plaintiff wrote to defense counsel Marty Orlick requesting that he accept service on behalf of all defendants which included the summons, complaint and the notice of acknowledgment receipt. Attached hereto as Exhibit "A" is the face sheet of the letter dated April 22, 2010 and the notice of acknowledge receipt that was sent from plaintiff's counsel.

On or about May 12, 2010, plaintiff's counsel received the signed notice of acknowledgment receipt from defense counsel. Attached hereto as "Exhibit "B" is the signed notice of acknowledgment receipt.

On May 13, 2010, plaintiff's counsel filed the notice of acknowledgment receipt. However, on June 11, 2010, plaintiff's counsel office wrote to defense counsel inquiring about defendants SAN BRUNO INN, a California Limited Liability Partnership; and CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED response to plaintiff's complaint and learned that defense counsel, Marty Orlick only represents defendant SAN BRUNO INN, a California Limited Liability Partnership and does not represent defendant CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED. Attached hereto as Exhibit "C" is the email dated June 11, 2010, sent to defense counsel Marty Orlick.

Plaintiff's attorney, Thomas E. Frankovich was under the impression that defense counsel Marty Orlick would be representing all defendants in the above-referenced case. It was simply a misunderstanding between the parties.

**SECOND EX PARTE APPLICATION FOR ADDITIONAL TIME TO SERVE DEFENDANT CAMINO ROYALE INVESTMENT CORPORATION**                                                                         **CV-10-1294-JSW**                2

1       In light of the above, plaintiff MARSHALL LOSKOT respectfully request for an extension of time to complete service on defendant CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED and requests that the last day for plaintiff to complete service on defendant CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED be continued for a period of 60-days to allow plaintiff time to either succeed at or exhaust his service efforts, and presuming that service is accomplished, to allow defendant CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED time to file a responsive pleading.

      Plaintiff would also request that the last day for the parties and counsel to conduct a joint inspection of the premises be continued from July 6, 2010 to September 7, 2010, in order to give all parties sufficient time to be served, appear, and meaningfully participate in the joint inspection.

                        Respectfully submitted,

Dated: July 12, 2010          THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*

                                By: /s/Thomas E. Frankovich
                                     Thomas E. Frankovich
                                Attorneys for Plaintiff MARSHALL LOSKOT, an individual

## **ORDER**

      IT IS SO ORDERED that plaintiff has an additional sixty (60) days from the date of this Order to serve defendant CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED. IT IS FURTHER ORDERED that the last day for the parties to conduct the joint inspection of the premises be continued up to and including September 7, 2010.

Dated: July 20, 2010                                    
                                       Hon. Jeffery S. White
                                       United States District Judge