1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:   415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   MARSHALL LOSKOT, an individual;

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual, ) | **CASE NO. CV-10-1294-JSW** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF DISMISSAL AND** |
| ) | **[PROPOSED] ORDER THEREON** |
| ) | |
| SAN BRUNO INN, a California Limited ) | |
| Liability Partnership; and CAMINO ) | |
| ROYALE INVESTMENT ) | |
| CORPORATION, a California ) | |
| Corporation, dba RAMADA LIMITED, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON         CV-10-1294-JSW

-2-

1  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2      This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: May 10, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:   /S/ Thomas E. Frankovich
    Thomas E. Frankovich
Attorney for MARSHALL LOSKOT, an individual

Dated: May 10, 2011

JEFFER MANGELS BUTLER & MITCHELL, LLP

By   /S/ Martin H. Orlick
    Martin H. Orlick
Attorney for SAN BRUNO INN, a California Limited Liability Partnership; and CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: September 15, 2011

Honorable Judge Jeffery S. White
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON     CV-10-1294-JSW