THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:     415/674-8600
Facsimile:      415/674-9900

Attorneys for Plaintiff
MARSHALL LOSKOT, an individual;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAN BRUNO INN, a California Limited ) <br> Liability Partnership; and CAMINO ) <br> ROYALE INVESTMENT ) <br> CORPORATION, a California ) <br> Corporation, dba RAMADA LIMITED, ) <br> ) <br> Defendants. ) <br> _____) | **CASE NO. CV-10-1294-JSW** <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-10-1294-JSW

prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: May 10, 2011            THOMAS E. FRANKOVICH
                               *A PROFESSIONAL LAW CORPORATION*


                               By:     /S/ Thomas E. Frankovich
                                       Thomas E. Frankovich
                               Attorney for MARSHALL LOSKOT, an individual


Dated:  May 10, 2011           JEFFER MANGELS BUTLER & MITCHELL, LLP


                               By     /S/ Martin H. Orlick
                                      Martin H. Orlick
                               Attorney for SAN BRUNO INN, a California Limited Liability Partnership; and CAMINO ROYALE INVESTMENT CORPORATION, a California Corporation, dba RAMADA LIMITED

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: September 15, 2011

                               Honorable Judge Jeffery S. White
                               UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON            CV-10-1294-JSW

-2-